UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34414 |
|---|---|
| OZELL COLLIER | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055616**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 3 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 504.69 |
| 14/ 1,008 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 316.26 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/12/2011

Certificate of Service 08-34414

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

OZELL COLLIER
2701 CAMPUS DRIVE
DAYTON, OH 45406

DAVID J SMITH
130 WEST SECOND ST
SUITE 1600
DAYTON, OH 45402

(3.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

(3.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX 75382

(1008.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

(1008.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX 75382

(24.1n)
US DEPT OF EDUCATION
BOX 13328
RICHMOND, VA 23225

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv